## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* AIDAN FORSYTH,<br><br>            *Plaintiff,*<br>    v.<br><br>CHROMA SYSTEMS SOLUTIONS, INC.,<br><br><br>            *Defendant.* | )<br>)<br>)<br>)   **No. 25-cv-10052-ADB**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### <u>JOINT STIPULATION OF DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the settlement agreement executed on October 20, 2025, among the United States, the relator, and the defendant, Chroma Systems Solutions, Inc., the United States and the relator hereby jointly stipulate to the entry of an order dismissing with prejudice all claims against the defendant Chroma Systems Solutions, Inc.

A proposed order accompanies this joint stipulation.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

*/s/ Steven T. Sharobem*
STEVEN T. SHAROBEM
Assistant United States Attorney
John J. Moakley U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3100
steven.sharobem@usdoj.gov

*/s/ Eric H. Jaso*
ERIC H. JASO
Spiro Harrison & Nelson
363 Broomfield Avenue, Suite 2C
Montclair, NJ 07042
Phone: (973) 310-4026
ejaso@shnlegal.com

CHRISTINE KINGSTON
Nystrom Beckman & Paris
One Marina Park Drive, Ste 15th Floor
Boston, MA 02210
Phone: (617) 778-9100
ckingston@nbparis.com

Attorneys for relator Aidan Forsyth