**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* AIDAN FORSYTH,<br><br>     *Plaintiff*,<br>  v.<br><br>CHROMA SYSTEMS SOLUTIONS, INC.,<br><br><br>     *Defendant.* | )<br>)<br>)<br>)   **No. 25-cv-10052-ADB**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED]**
**ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of a Settlement Agreement among the United States, the relator, and the defendant, the United States and the relator filed a Joint Stipulation of Dismissal.

It is hereby **ORDERED** that this action shall be dismissed with prejudice as to the United States and the relator.

Dated: _____

                                     _____
HONORABLE ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE